McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gregory S. Mason, #148997
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CATALINA TORRES HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | Case No. 1:19-at-00097<br><br>**COSTCO WHOLESALE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**DISCLOSURE OF CORPORATION INTEREST CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendant, COSTCO WHOLESALE CORPORATION, that the following corporate interests are disclosed:

1. The parent company of COSTCO WHOLESALE CORPORATION: **None**
2. Any publicly held corporation that owns ten percent (10%) or more of COSTCO WHOLESALE CORPORATION: **None.**

1  Dated: February 8, 2019                    McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP

                                              By: _____/s/Gregory S. Mason_____
                                                        Gregory S. Mason
                                              Attorneys for Defendant COSTCO WHOLESALE
                                                             CORPORATION

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

COSTCO WHOLESALE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT