1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Gregory S. Mason, #148997
7647 North Fresno Street
3 | Fresno, California 93720
Telephone: (559) 433-1300
4 | Facsimile: (559) 433-2300

5 | Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CATALINA TORRES HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | Case No. 1:19-cv-00175-LJO-EPG<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the Parties to this action, Plaintiff, CATALINA TORRES HERRERA, and Defendant, COSTCO WHOLESALE CORPORATION, by and through their respective attorneys, to enter into the following stipulation:

1. The Parties hereby agree and stipulate to dismiss this entire action, with prejudice, each party to bear their own attorney's fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. The Parties further request that the Court enter the proposed Order attached hereto dismissing this action in its entirety with prejudice, each party to bear their own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | Dated: January 22, 2020 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/Gregory S. Mason |
| 5 | | Gregory S. Mason<br>Attorneys for Defendant COSTCO WHOLESALE CORPORATION |
| 6 | | |
| 7 | | |
| 8 | Dated: January 22, 2020 | GROSSMAN LAW OFFICES, APLC |
| 9 | | |
| 10 | | By: /s/Theodore Kreit |
| 11 | | Theodore Kreit<br>Attorneys for Plaintiff<br>CATALINA TORRES HERRERA |

**ORDER**

Pursuant to the Parties' Stipulation for Dismissal of the Entire Action With Prejudice, *Herrera v. Costco*, Case No.: 1:19-cv-00175-LJO-EPG, is hereby dismissed in its entirety with prejudice and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 28, 2020**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE